IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 9 2005

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

STEVEN PAUL COOPER                    )
                                      )
v.                                    )        3:05-CV-97-P
                                      )
DOUGLAS DRETKE, Director,             )
Texas Department of Criminal Justice  )
Correctional Institutions Division    )

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Petitioner's amended objection, filed on June 10, 2005,

to the findings, conclusions and recommendation is OVERRULED.

Signed this _29th_ day of _June_ , 2005.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE